West Suburban Finance and Thrift Company, appellant, v. Latrobe Building Corporation et al., appellees. Gen. No. 40,561.

Opinion filed April 24, 1939.
Ode L. Rankin, for appellant. Alfred F. Beck, for certain appellees. Harold L. Reeve and Charles F. Grimes, for certain other appellees.
Mr. Justice O'Connor delivered the opinion of the court.

THIRD DISTRICT.

P. N. Chiasson, appellee, v. National Triangle Securities, Inc., appellant. Gen. No. 9,158.

Opinion filed January 24, 1939. Rehearing denied April 4, 1939.
William Mumford and Barry Mumford, for appellant. A. W. Schimmel, for appellee.
Mr. Presiding Justice Riess delivered the opinion of the court.

Mrs. Florence Engelking, appellee, v. Springfield Brewing Company, appellant. Gen. No. 9,150.

Opinion filed January 24, 1939. Rehearing denied April 4, 1939.
Lowell D. Ryan and George E. Drach, for appellant. C. Victor Cardose, for appellee.
Mr. Justice Fulton delivered the opinion of the court.